**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6934**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NIGEL NICHOLAS DOUGLAS,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CR-93-131-2, CA-97-806-2)

———————————

Submitted: November 19, 1998        Decided: December 2, 1998

———————————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Nigel Nicholas Douglas, Appellant Pro Se. Robert Joseph Seidel, Jr., Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nigel Nicholas Douglas seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny Douglas' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Douglas, Nos. CR-93-131-2; CA-97-806-2 (E.D. Va. Nov. 18, 1997; May 20, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Pursuant to Fed. R. Civ. P. 58 and 79(a), the orders from which Douglas appeals were entered on the district court's docket November 18, 1997, and May 20, 1998. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2